CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☐ Western | ☑ St. Joseph | **Buchanan** County and elsewhere | ☑ Secret Indictment |
| ☐ Central | ☐ Southern | | ☐ Juvenile |
| ☐ Southwestern | | | |

**Defendant Information**
Defendant Name — Jose Luis Ruiz-Salazar
Alias Name
Birthdate — 12/09/1978

**Related Case Information**
Superseding Indictment/Information  ☑ Yes  ☐ No  if yes, original case number 15-06004-01-CR-SJ-DGK
New Defendant  ☑ Yes  ☐ No
Prior Complaint Case Number, if any
Prior Target Letter Case Number, if any

**U.S. Attorney Information**
AUSA  Bruce Rhoades

**Interpreter Needed**
☐ Yes     Language and/or dialect
☑ No

**Location Status**
Arrest Date
☑ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required  ☐ Yes  ☑ No
Warrant Required  ☑ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts   1

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to Distribute Methamphetamine | 7 |
| | | | |
| | | | |
| | | | |

Date  7/7/15         Signature of AUSA  /s/ Bruce Rhoades