IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 15-06004-CR-SJ-DGK

GABRIEL RUIZ-SALAZAR (08)
GARY DEWAYNE BROWN (12)
JACKIE R. LOVE, JR. (15)
WILLIAM DEAN CAMPBELL (16)
MARION EUGENE BRAMMER (18)
DARRIN GENE BERRY (19)

AUSA: Bruce Rhoades
Defense Atty.: Mark Thomason (08)
F.A. White, Jr. (12)
John Jenab (15)
Justin Johnston (16)
Kenneth Hensley (18)
Tyler Jansen (19)

| JUDGE | **John T. Maughmer** United States Magistrate Judge | DATE AND TIME | July 29, 2015 10:00am – 10:30am |
|---|---|---|---|
| DEPUTY CLERK | Kerry Martinez | TAPE/REPORTER | K. Martinez |
| INTERPRETER | Izzy Broste | PRETRIAL/PROB: | None |

# CLERK'S MINUTES

SCHEDULING CONFERENCE

**REMARKS:** All parties present and ready for hearing. Counsel for defendant Jackie R. Love, Jr. advises the Court that his client is currently in custody in Clay County, Missouri, and requests his client's appearance be waived. The Court allows the waiver of the personal appearance of defendant Love. A motion for continuance of trial was filed by defendant Jackie R. Love, Jr. on July 26, 2015 (Doc. 102) requesting a continuance of the trial setting until summer 2016. After a discussion with counsel as to an appropriate trial setting, it is agreed that a May 31, 2016 is requested. Upon consent of all parties to the trial being continued until the docket set to commence on May 31, 2016, the Court grants the motion. The Court advises parties that a written scheduling and trial order will follow. Court adjourned.